# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHUONG VAN TRAN, et al.      :      CIVIL ACTION

                 :

     v.                :

                 :

                 :

SN SERVICING CORPORATION, et al.      :      No. 16-CV-5048

## ORDER

AND NOW, this   26th   day of April, 2017, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to dismiss the defendants' counterclaim pursuant to Pa. R.C.P. 12(b)(1) (Dkt. # 8) is DENIED.

2. Plaintiffs shall have twenty days to answer the counterclaim.

3. Counsel are directed to contact chambers to schedule a telephone conference before filing a motion should any problems arise.

                         BY THE COURT:

                         */s/ J. William Ditter, Jr.*

                         J. WILLIAM DITTER, JR., J.