# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHUONG VAN TRAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SN SERVICING CORPORATION | : | No. 16-CV-5048 |

## O R D E R

AND NOW, this 2nd day of March, 2018, IT IS HEREBY ORDERED that:

1. All claimed violations of 15 U.S.C. § 1692f are WITHDRAWN by Plaintiffs.

2. Defendant's motion to dismiss (Dkt # 25) is DENIED.

3. Defendant shall file its answer within 20 days of this order.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
**J. WILLIAM DITTER, JR., J.**