# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHUONG VAN TRAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SN SERVICING CORPORATION | : | No. 16-CV-5048 |

## O R D E R

AND NOW, this 18th day of April, 2018, IT IS HEREBY ORDERED that counterclaimant MV051, LLC's motion for summary judgment (Dkt. # 27) seeking foreclosure of the property located at 925 Buck Road, Holland, Bucks County, Pennsylvania 18966 is GRANTED.

IT IS FURTHER ORDERED that counsel shall notify the court when the foreclosure has been completed. Counsel shall also notify the court if an evidentiary hearing is necessary to determine the amount due on the note after foreclosure.

BY THE COURT:

/s/ J. William Ditter, Jr.
**J. WILLIAM DITTER, JR., J.**